UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JUAN GALVEZ,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | CR. NO. 2:09-0374-02 WBS<br><br>ORDER |

----oo0oo----

On November 15, 2016, defendant Juan Galvez filed a motion to reduce sentence pursuant to 18 U.S.C. § 3582. (Docket No. 72.) The United States shall file an opposition to petitioner's motion no later than December 20, 2016. Petitioner may then file a reply no later than January 10, 2017. The court will then take the motion under submission and will inform the parties if oral argument or further proceedings are necessary.

IT IS SO ORDERED.

Dated: November 16, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE