HEATHER E. WILLIAMS, Bar #122664
Federal Defender
LEXI NEGIN, Bar #250376
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JUAN GALVEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN GALVEZ,<br><br>Defendant. | Case No.  2:09-cr-374-02 WBS<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable WILLIAM B. SHUBB |

Defendant, JUAN GALVEZ, by and through his attorney, Assistant Federal Defender Lexi Negin, and plaintiff, United States of America, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.      On June 13, 2011, this Court sentenced Mr. Galvez to a term of 42 months imprisonment for Count 1 of an Information and a consecutive mandatory 60-month sentence on Count 3.

3.      For Count 1 his total offense level was 23, his criminal history category was I, and the resulting guideline range was 46-48 (statutory maximum) months.  The Court adopted

the PSR's calculations of the sentencing guidelines, but sentence Mr. Galvez to 42 month in accordance with his Rule 11(c)(1)(C) agreement.

4.  The sentencing range applicable to Mr. Galvez was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5.  Mr. Galvez's total offense level has been reduced from 23 to 21, and his amended guideline range is 37-46 months;

6.  Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Galvez's term of imprisonment to a term of 37 months on Count 1 of the Information. Count 3 shall remain unamended. The parties agree that a reduced sentence of 37 months is sufficient, but not greater than necessary, to achieve the purposes of sentencing under 18 U.S.C. 3553(a).

Respectfully submitted,

Dated:  January 11, 2017

PHILLIP A. TALBERT
United States Attorney

 /s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   January 11, 2017

HEATHER E. WILLIAMS
Federal Defender

 /s/ *Lexi Negin*
LEXI NEGIN
Assistant Federal Defender

Attorney for Defendant
JUAN GALVEZ

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Galvez is entitled to the benefit Amendment 782, which reduces the total offense level from 23 to 21, resulting in an amended guideline range of 37-46 months for Count 1 of the Information.  After consideration of the factors under 18 U.S.C. § 3553(a), the Court finds that a reduced sentence of 37 months is sufficient, but not greater than necessary, to achieve the purposes of sentencing on Count 1 of the Information.

IT IS HEREBY ORDERED that the term of imprisonment imposed in June of 2011 be reduced to a term of 37 months on Count of the Information.  The consecutive sentence of 60 months on Count 3 remains unamended.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect.  The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Galvez shall report to the United States Probation Office within seventy-two hours after his release.

Dated:  January 30, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE