AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)　　　　Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 2:09-cr-00374-WBS   Document 77   Filed 01/30/17   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 2:09CR00374-02 WBS |
| JUAN BERNARDINO GALVEZ ) | |
| ) | USM No: 18911-097 |
| Date of Original Judgment: 6/13/2011 ) | |
| Date of Previous Amended Judgment: ) | Hannah Labaree, Asst. Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ **DENIED.**  ☒ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 42 months on Count 1 of the Information; Consecutive to 60 months on Count 3 of the Indictment **months is reduced to** **37 months on Count 1 of the Information;** Consecutive to 60 months on Count 3 of the Indictment.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 6/16/2011 shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  January 30, 2017

*signature*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Effective Date: _____
*(if different from order date)*